**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA**

**UNITED STATES OF AMERICA,**
                  **Plaintiff,**

v.

**BRYANT KEITH MCCULLOUGH,**
                  **Defendant.**

Case No.    MJ23-5134

**DETENTION ORDER**

THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. 3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

**Presumptive Reasons/Unrebutted:**
  ( X )    Crime of violence (18 U.S.C 3156)
  ( X )    Serious risk defendant will flee
  ( X )    Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

**Rebuttable Presumption:**
  ( X )    Probably cause to believe defendant committed an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

**Safety Reasons:**
  ( X )    Danger to the community

**Flight Risk/Appearance Reasons:**
  (  )    Defendant's lack of appropriate residence.
  (  )    Immigration and Naturalization Service detainer.
  (  )    Detainer(s)/Warrant(s) from other jurisdictions.
  (  )    Extreme risk of failure to appear.
  (  )    Past conviction for escape.

**Other:**
  (X)    Defendant ordered detained for the reasons contained in the Government's Motion for Detention and stated orally on the record.

*Order of Detention*

- The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
- The defendant shall be afforded reasonable opportunity for private consultation with counsel.
- The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

April 12, 2023.

*/s/ Theresa L. Fricke*
Theresa L Fricke, U.S. Magistrate Judge